Jessica R. K. Dorman, Esq. (SBN: 279919)
jessica@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Jacqueline Paterno

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACQUELINE PATERNO,**<br><br>PLAINTIFF,<br><br>V.<br><br>**ENHANCED RECOVERY COMPANY, LLC,**<br><br>DEFENDANT. | Case No: 3:16-cv-00543-MMA-MDD<br><br>**NOTICE OF UNILATERAL DISMISSAL OF ACTION WITH PREJUDICE**<br><br>HON. MICHAEL M. ANELLO |

1  Plaintiff JACQUELINE PATERNO hereby moves this Court to dismiss the above
2  entitled action with prejudice.
3  WHEREFORE, Plaintiff respectfully requests that this court dismiss this
4  action with prejudice.

Dated: June 13, 2016                     **HYDE & SWIGART**

                                         By: _s/Jessica R. K. Dorman_
                                             Jessica R. K. Dorman
                                             Attorney for Plaintiff